THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), 
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Roger Keith Bennett,       
Appellant.
 
 
 

Appeal From Greenville County
Reginald I. Lloyd, Circuit Court Judge

Unpublished Opinion No. 2005-UP-071
Submitted January 1, 2005  Filed January 
 26, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Roger Keith Bennett appeals 
 his conviction for reckless homicide.  Bennetts appellate counsel has petitioned 
 to be relieved as counsel, stating he has reviewed the record and has concluded 
 Bennetts appeal lacks merit.  The sole issue briefed by counsel concerns whether 
 the circuit court failed to comply with the mandates of Boykin v. Alabama, 
 395 U.S. 238 (1969) in determining whether he knowingly, voluntarily, and intelligently 
 plead guilty.  Bennett did not file a separate pro se reply brief.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss this appeal and 
 grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
HUFF, KITTREDGE, and BEATTY, JJ., concur.   

 
           
 [1]  We decide this case without oral argument pursuant to Rules 
 215 and 220(b)(2), SCACR.